423 A.2d 1315

Commonwealth v. Johnson, A., Appellant.

Argued April 11, 1979. Dennis B. Rafferty, for appellant; John F. Dent, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The judgment of the lower court is hereby affirmed.

423 A.2d 1316

Commonwealth v. Mikesell, Appellant.

Argued August 28, 1979. John H. Pope, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Order affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.